## Lawner, Appellant, *v.* Engelbach.

Argued December 5, 1972. *Marvin J. Levin,* with him *Freedman, Borowsky and Lorry,* for appellant; *Harry R. Kozart,* with him *Weissman, Kozart & Criden,* for appellee.

Judgment affirmed.

## McBride *v.* Westinghouse Electric Corporation et al., Appellants.

Argued November 13, 1972. *Henry E. Rea, Jr.,* with him *Brandt, McManus, Brandt & Malone,* for appellants; *Frederick N. Egler,* with him *Gretchen Sohn Reed, Oran W. Panner, Egler, McGregor & Reinstadtler,* and *Panner, Holland & Autenreith,* for appellee.

Order affirmed.